UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80403-CIV-HURLEY

**LYDIA ADAMS, as Personal Representative of the**
**ESTATE OF SETH ADAMS,**
     **Plaintiff,**

v.

**RIC L. BRADSHAW, in his official capacity as**
**SHERIFF OF PALM BEACH COUNTY and**
**MICHAEL M. CUSTER, individually,**
     **Defendants.**
_____/

**ORDER RE-SETTING MOTION HEARING**

**THIS CAUSE** is before the court on the plaintiff's second motion for sanctions filed September 2, 2015 [ECF No. 178]. This matter was previously scheduled for hearing on October 7, 2015, but not reached for oral argument on that date.

It is accordingly **ORDERED and ADJUDGED:**

The plaintiff's second motion for sanctions [ECF NO. 178] is **RE-SET** for hearing before the undersigned on **WEDNESDAY, JANURARY 27, 2016 at 1:30 P.M.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of January, 2016.

_____
United States District Judge
Southern District of Florida

cc.  All counsel