UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80403-CIV-HURLEY

LYDIA ADAMS, as Personal Representative of the
ESTATE OF SETH ADAMS,
     plaintiff,

vs.

RIC L. BRADSHAW, in his official capacity as
SHERIFF OF PALM BEACH COUNTY, FLORIDA and
MICHAEL M. CUSTER, individually,
     defendants.
_____/

## ORDER DIRECTING SUPPLEMENTATION OF RECORD

**THIS CAUSE** is before the court on the plaintiff's pending motion for discovery sanctions [DE 141] as it relates to the loss or destruction of the defendant Michael M. Custer's work cell phone. As a review of the court file suggests that cell phone records identifying all incoming and outgoing telephone calls for the pertinent time period were obtained by the Palm Beach County Sheriff's Office (PBSO) [DE 141, p. 5], as specifically acknowledged in the deposition of Capt. Michael Wallace, but it does not appear that these cell phone records were included in the various evidentiary exhibits submitted by either side in connection with the pending motion for sanctions.

It is accordingly **ORDERED AND ADJUDGED:**

1. The parties are directed to supplement the record in this case by filing complete copies of defendant Custer's work cell phone records for the pertinent time frame, and to further submit a summary chart indicating the time each outgoing or incoming call was placed; the duration of the call; and the name of the person(s) associated with the corresponding telephone line for each outgoing and incoming call.

2. The parties are requested to file the requested materials within **THREE (3) DAYS** of the date of entry of this order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this ___20___ day of May, 2016.

Daniel T. K. Hurley
United States District Judge

cc.

All counsel