UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:14-cv-80403-HURLEY/HOPKINS**

LYDIA ADAMS, as Personal Representative of the
Estate of SETH ADAMS, for the benefit of LYDIA
ADAMS and RICHARD ADAMS, surviving
parent; and the Estate of SETH ADAMS,

      Plaintiffs,

vs.

RIC L. BRADSHAW, in his official capacity as
Sheriff of Palm Beach County, Florida; and
MICHAEL M. CUSTER, in his individual capacity,

      Defendants.
_____/

**ORDER ON DEFENDANTS' UNOPPOSED MOTION TO SEAL**

**THIS CAUSE**, having come on before the Court regarding the Defendants' Unopposed Motion to Seal and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendants' Unopposed Motion to Seal is

_____

_____

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ____ day of _____, 2016.

                              _____
                              DANIEL T. K. HURLEY
                              UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record via CM/ECF