UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-80403-CIV-HURLEY

LYDIA ADAMS, as Personal Representative of
THE ESTATE OF SETH ADAMS,

      **Plaintiff,**

vs.

MICHAEL M. CUSTER, individually and
RIC L. BRADSHAW in his official capacity as
Sheriff of Palm Beach County, Florida,

      **Defendants.**

_____/

## ADVICE TO COUNSEL RE TRIAL SCHEDULING

Bearing in mind that the Court is awaiting the issuance of the mandate from the Eleventh Circuit in *Adams v. Sheriff of Palm Beach County Florida et al.*, Case No. 16-10614 (11th Cir. Nov. 22.2016), the parties are advised that the Court intends to call this case for trial as soon as it obtains jurisdiction.

*All parties are advised to govern themselves accordingly.*

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 5 day of December, 2016.

                                                    Daniel T. K. Hurley
                                                  United States District Judge

cc. all counsel