UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:14-cv-80403-MIDDLEBROOKS

LYDIA ADAMS, as Personal Representative of the Estate of SETH ADAMS, for the benefit of LYDIA ADAMS, surviving parent; RICHARD ADAMS, surviving parent; and the Estate of SETH ADAMS,

    Plaintiff,

v.

RIC L. BRADSHAW, in his official capacity as Sheriff of Palm Beach County, Florida; and MICHAEL M. CUSTER, in his individual capacity,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2 (f) (2), Plaintiff hereby notifies the Court that the parties have reached a settlement agreement. Plaintiff will file the necessary Notice of Dismissal once the settlement documents are executed.

Respectfully submitted,

By: *s/ Wallace B. McCall, Esq.*
  WALLACE B. McCALL (Florida Bar No.: 157086)
  Email: wmccall@cohenmilstein.com
  Cohen Milstein Sellers & Toll, PLLC
  2925 PGA Boulevard, Suite 200
  Palm Beach Gardens, FL 33410
  Telephone: (561) 515-1400
  Facsimile: (561) 515-1401
  Attorneys for Plaintiff

*Cohen Milstein Sellers & Toll, PLLC*
*2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410*
*Telephone: (561) 515-1400  Facsimile (561) 515-1401*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

By: ***s/ Wallace B. McCall, Esq.***
     WALLACE B. McCALL (Florida Bar No.: 157086)
     Email:  wmccall@cohenmilstein.com
      Cohen Milstein Sellers & Toll, PLLC
     2925 PGA Boulevard, Suite 200
     Palm Beach Gardens, FL 33410
     Telephone:  (561) 515-1400
     Facsimile:   (561) 515-1401
     Attorneys for Plaintiff

## SERVICE LIST

Summer M. Barranco, Esq.
summer@purdylaw.com; melissa@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Blvd.
Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax:
Attorneys for PBSO

Richard A. Giuffreda
richard@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Blvd., Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for PBSO