UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80403-MIDDLEBROOKS

LYDIA ADAMS, as Personal Representative of the
Estate of SETH ADAMS, for the benefit of LYDIA
ADAMS and RICHARD ADAMS, surviving
parent; and the Estate of SETH ADAMS,

        Plaintiffs,

vs.

RIC L. BRADSHAW, in his official capacity as
Sheriff of Palm Beach County, Florida; and
MICHAEL M. CUSTER, in his individual capacity,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, LYDIA ADAMS, as Personal Representative of the Estate of Seth Adams, for the benefit of LYDIA ADAMS and RICHARD ADAMS, surviving parents; and the Estate of SETH ADAMS and RIC L. BRADSHAW, in his official capacity as Sheriff of Palm Beach County, Florida, and MICHAEL M. CUSTER, in his individual capacity, and their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, having resolved all claims and issues as to all parties, file this their Stipulation of Dismissal with Prejudice, with each party to bear their own costs and attorney's fees. The parties request that this Court retain jurisdiction to enforce the terms of the Settlement Agreement and Release executed by the Plaintiff, if necessary.

DATED: 05/17/2017

/s/ Wallace B. McCall
WALLACE B. McCALL, ESQUIRE
FBN: 157086

STEPHAN LeCLAINCHE
FBN: 441635
Cohen, Milstein, Sellers & Toll, PLLC
2925 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone:   561-515-1400
Facsimile:    561-515-1401
E-Mail:        wmccall@cohenmilstein.com, sleclainche@cohenmilstein.com
Counsel for Plaintiff

_____
SUMMER M. BARRANCO, ESQUIRE
FBN: 984663
RICHARD A. GIUFFREDA, ESQUIRE
FBN: 705233
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: 954-462-3200
Facsimile: 954-462-3861
E-Mail: richard@purdylaw.com, summer@purdylaw.com
Counsel for Defendants PBSO/Ric L. Bradshaw as Sheriff


**I HEREBY CERTIFY** that I have electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: **SUMMER M. BARRANCO, ESQUIRE** and **RICHARD A. GIUFFREDA, ESQUIRE**, Counsel for Defendants, 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304 [richard@purdylaw.com] this 17 day of May, 2017.

/s/ Wallace B. McCall
WALLACE B. McCALL, ESQUIRE
FBN: 157086
STEPHAN LeCLAINCHE
FBN: 441635
Cohen, Milstein, Sellers & Toll, PLLC
2925 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone:   561-515-1400
Facsimile:    561-515-1401
E-Mail:        wmccall@cohenmilstein.com,
                  sleclainche@cohenmilstein.com
Counsel for Plaintiff