IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:14-CV-80403-MIDDLEBROOKS

LYDIA ADAMS, as Personal Representative
of the Estate of SETH ADAMS, for the
benefit of LYDIA ADAMS and RICHARD
ADAMS, surviving parent; and the Estate
of SETH ADAMS,

        Plaintiffs,

v.

RIC L. BRADSHAW, in his official capacity
as Sheriff of Palm Beach County, Florida;
and MICHAEL M. CUSTER, in his
individual capacity,

        Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal with Prejudice, filed on May 17, 2017. (DE 321). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Per the Parties' request, the Court retains jurisdiction to enforce the Parties' settlement agreement, but only for a period of one hundred and twenty (120) days.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 17 day of May, 2017.

        DONALD M. MIDDLEBROOKS
        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record